E-FILED
Wednesday, 26 February, 2025  03:56:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Clarence G Anderson,

        Plaintiff

       vs.

Kathey Ashcraft,
Brittany Greene,
Ms. Williams,
Ms. Clarkson,
David Taylor,
Zorian Trvsewych.

      Defendant(s)

Case No. —————————

*(The case number will be assigned by the clerk)*

SCANNED AT STATEVILLE CC and emailed
02262025 by MD 50
date    initials    No.

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

✓ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

(1)

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Clarence Gregory Anderson

Prison Identification Number: K81559

Current address: Northern Reception Center 20025 Division St crest Hill, IL 60403

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1.

Full Name: Kathey Ashcraft

Current Job Title: A D A Coordinator

Current Work Address Wester Illinois correctionel Center I.D.O.C. 2500 Route 99 South mout Sterling, IL 62353

Defendant #2:

Full Name Brittany Greene

Current Job Title: warden/Chief Administrative officer

Current Work Address wester Illinois correctionel Center I.D.O.C. 2500 Rade 99 South mout Sterling, IL 62353

Defendant #3:

Full Name: MS, williams

Current Job Title: Program warden

2

Current Work Address _Wester Illinois Correctional Center I.D.OC_

_2500 Route 99 South mount Sterling, IL 62353_

Defendant #4:

Full Name: _Zorian Trvsewych_

Current Job Title: _medical Director_

Current Work Address _Wester Illinois Correctional Center I.D.OC_

_2500 Route 99 South mount Sterling, IL 62353_

Defendant #5:

Full Name: _Ms. Clarkson_

Current Job Title: _Nurse Practitioner_

Current Work Address _Wester Illinois Correctional Center I.D.OC_

_2500 Route 99 South mount Sterling, IL 62353_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?       Yes ☐       No ☑

If yes, please describe _____ _N/A_ _____

_____ _N/A_ _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑       No ☐

C. If your answer to B is yes, how many? _#5_ Describe the lawsuit(s) below.

③ _It's two more pages to This_
_↓_

Defendant #6:

Full Name: David Taylor

Current Job Title: Audiologist

Current work Address uncertain at this time.

Still

PAGE

#3

# III.
# LITIGATION HISTORY

This go with C.

If your answer to B is yes, how many #5. Describe the lawsuit(s) below.

I believe it was #5. All was in the Northern District of Illinois Court at 219 S. Dearborn one I withdraw from, and I got a Settlement relief for four.

Still
PAGE

(3)

1. Name of Case, Court and Docket Number
*I did know/have at this time. Clarence Anderson v. don't know Defendant at this time.*

2. Basic claim made *two, Excessive force by Staff, one failure to Protect, and two Deliberate indifference to my serious medical needs, All Eighth Amendment*

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still *Violations* pending?) *one was withdraw, I got a Settlement for four and I have No pending case. The Settlements was $10.000 For two and $ 7.000 For two.*

*For additional cases, provide the above information in the same format on a separate page.*
*All The information above ( 1, 2, and 3,) is to the best of my Knowledge*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____ *N/A* _____
_____ *N/A* _____

C.  Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence *I.D.O.C. Western Illinois C.C.*

4

Date(s) of the occurrence ___4 -27-22 to 8-2-23___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) At all times mentioned in this complaint, Plaintiff Clarence Anderson was a individual in the custody of western Illinois Department of Correction. (2) on approximately, 4-27-22, Plaintiff Clarence Anderson arrived at western Illinois correctional center and was put in a cell with out getting a medical intake screening. (3) Mr. Anderson did not get the opportunity to disclose his medical issues. (Him being Deaf/hard of hearing) (4) Mr. Anderson put in several medical and ADA request forms ~~by and treats~~ for his hearing but no one responded back. (5) on 7-21-22, Mr. Anderson put in another request form this time to the ADA coordinator MS. Kathey Asheraft letting her know that he is Deaf/hard of hearing and that he needs a communication plan, Mr. Anderson did not get a responds back. (see Exhibit (A)) (6) on, 8-3-22, Plaintiff Clarence Anderson got a pass to see the nurse practitioner ms. Clarkson about his seizures med's, Mr. Anderson let her know at that time that he needs a communication plan becouse of his hearing disability. (7) MS. Clarkson said to mr. Anderson, that she don't talk to inmates about mutiple medical problems on one visit and that he is here about his seizures med's only. (8) Mr. Anderson let her know, that he had a seizure the night befor and hit his head on the ~~la~~ wall putting him in a lot of pain and that he had the seizure becouse he miss his A.M. med's. (9) MS. clarkson did not respond back so mr. Anderson with on letting her know that he need a communication plan so he can get a vibevating watch so he can know when it's medication time. (10) on 8-25-22, Mr. Anderson got a pass to see the Doctor but the pass was canciled and that was the first

5

and last time he got a Doctor pass. (see Exhibit (B)). So, on approximately 9-2-22 Plaintiff Clarence Anderson put a grievance in about his hearing disability, letting medical (Medical Director) staff and ADA (ADA coordinator) staff know of his hearing Problem/Disability. (12) Mr. Anderson got no response back from medical or the ADA about that grievance, so on 1-6-23 he put in two resident request forms in to the HCUA, (Health care unit administration/medical Director) and the Grievance officer but still got no response back. (see Exhibit (C) 1 of 5). (13) Plaintiff Clarence Anderson, saw Ms. Greene (the Chief Administrative officer) and had a face to face talk with her, letting her know that he is Deaf/hard of hearing, he let her know that he put a emergency grievance in about this and got no response back, he let her know that he need a communication plan becouse he be missing A.M. medication calls and becouse them missed med calls he has had seizures puting him in a lot of pain. (14) Mr. Anderson let Ms. Greene know that he has hearing aid's at home, and that he got them from Dixon Correctionel Center and ask if he can get them mailed in and she said no; so he let her know that he need them so he won't be missing his med's, Gym Calls/yaud, day room time, and when it time to go eat, and she still said no. (15) Mr. Anderson, let Ms. Williams (The Program warden for W.I.C.C.) know of all the Problems he been having with his hearing Disability, (him beening Deaf/hard of hearing) him not having/needing a Communication plan, having Seizures putting him in a lot of pain couse he missed med call couse he didn't hear the call, food calls, Gym and yaud calls, and he let her know of his hearing aid's at home that he got from Dixon Correctionel Center in ~~2020~~ 2020 and ask if he can get them mailed in and she said no. (16) Plaintiff Clarence Anderson had a face to face talk with the ADA coordinator on 10-5-22 at his cell door. (17) Mr. Anderson let the ADA Coordinator (Ms. Ashcraft) know of

6

his hearing Disability, (him beening Deaf/hard of hearing) the pain he's been in because of the seizures he's had because he miss med calls, he let her know he be missing the food calls and he ask her why it's so hard for him to get a communication Plan here at W.I.C.C. when medical/ ADA Staff can see ▮ that he got hearing aid's from Dixon C.C. in 2020, and he let her know it's ▮ in his medical records that ▮ she and medical staff can see, all she said to him was ▮ "I'll see what's going on whit you, but you know you just doing your parole time right." on, 10-19-22, Plaintiff Clarence Anderson received a hearing test by a Nurse (not a Audiologist) at western Illinois C.C. in a room that has No Audiometric Booth or a TDH-49 present, ▮ mr. Anderson ask her why he getting the hearing here, she said to him "It just Prot- ocol that you get a hearing test here first, then you will get a second at a Audiologist facility." (see Exhibits (D) 1 of 2). Plaintiff Clarence Anderson got a Health Care pass on, 11-29-22, to take another hearing test at the facility (western Illinois C.C.) that has No Audiometric Booth or TDH-49. The Audiologist a David Taylor knew it was not going to be a Audiometric Booth or TDH-49 at the facility but still came to give what he knew was going to be a ineffective treatment for mr. Anderson. Before, mr. David Taylor gave mr. Anderson the hearing test he let mr. Anderson know that he's not getting hearing aid's and that he will be getting another hearing test in six months. See Exhibits(E) 1 of 4, (Exhibits (F) 1 of 2), Exhibit (F) is a grievace put in after mr. Ander- son got the second hearing test and the hard of hearing sign rem- oved off the back of his ID card. Exhibits (G) 1 of 2 is the appeale grievace of Exhibits (F). Exhibit (H) is a letter that mr. Anderson mailed to the Administrative Review board in Springfield for the grievace he did not get back from W.I.C.C. and a grievace appealed, and this ▮ letter was mailed out on 8-2-23 so he can exhaustion

• 7

his administrative remedies, but still got no responds back from them. (26) Exhibit (I) is a Affidavit from a mr. Craig (also a hard of hearing individual that was in the custody of W.I.C.C) that was missing food calls, call passes, Gym/yards and commisacy because western Illinois ADA and medical supervisors would not give him a Vibevating watch. (27) Zorian Trusewych, (the medical Director for western Illinois C.C.) knew that mr. Anderson was a ADA individual because of the grievaces he put in, and the medical request forms letting medical know he need a communication Plan (28) Zorian Trusewych Approved for mr. Anderson to take a second hearing test at western Illinois knowing that, no Audiometric Booth or TDH-49 present at the facility. (29) Zorian trusewych intentionally discriminated against mr. Anderson hearing disability resulting in deprivation of virtually all opportunity for activitys, constitutes deliberate indifference to Plaintiff Clarence Anderson serious medical needs, cruel and unusual punishment in violation of the Eighth Amendment of the united States constitution. (30) Ms. Ashcraft is the ADA Coordinator mr. Anderson wrote to get a communication Plan. (with a Communication Plan, Plaintiff would have gotten a vibevating watch that let individual know when it's med time). (31) Ms. Ashcraft knew mr. Anderson was a Parole violator with only #12 month to do in western Illinois, so she intentionully delayed mr. Anderson a hearing treatmet. (32) It take approximatel #5 months for Plaintiff to talk to ms. Ashcraft, about his hearing disability/ADA, approximatel #6 months to get the first hearing test and #7 months to get the second test. (33) When mr. Anderson take the second hearing test, ms. Ashcraft knew that it would be ineffective for mr. Anderson cause western Illinois is not a testing facility for the Deaf/hard of hearing. (w.I.C.C. has no Audiometric Booth or a TDH-49 Present). (34) Ms. Ashcraft knew mr. Anderson was missing med's an that he was being put in a lot of pain because of the seizure he was having. (35) Ms. Ashcraft had the hard of hearing sign removed off the back of Plaintiff ID card knowing that mr. Anderson came into W.I.C.C from stateville/NRC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

with the hard of hearing sign already on the back of his card. (36) Ms. Ashcraft intentionally discriminated against Mr. Anderson hearing disability resulting in deprivation of virtually all opportunity for activitys, constitutes deliberate indifference to Plaintiff Clarence Anderson serious medical needs, cruel and unusual punishment in violation of the Eighth Amendment of the united States Constitution. (37) Ms. Clarkson is a Nurse Practitoner at western Illinois C.C. who Mr. Anderson had a talk with about his seizure medication. (38) Mr. Anderson let her know that, he been having Seizures and that he has been in a lot of pain because he hit his head on the Wall. (39) Plaintiff let Ms. Clarkson know that he is Deaf/hard of hearing and that he needs a communication plan but Ms. Clarkson would not talk to Plaintiff about his hearing disability or help him. (refer him to a Doctor). (40) Ms. Clarkson failure to help Mr. Anerson with his hearing disability resulting in deprivation of virtually all opportunity for activitys, constitute deliberate indifference to Plaintiff Clarence Anderson Serious medical needs, cruel and unusual punishment in Violation of the Eighth Amendment of the united States constitution. (41) Ms. Greene is the warden at western Illinois C.C. (Chief Administrative officer) who Mr. Anderson talk to letting her know of the problems he been having when it comes to him getting a communication plan. (42) Ms. Greene knew that Plaintiff was having Seizures because because he was missing med call's, She knew this

9

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

was putting Plaintiff in a lot of Pain but still did not intervene to prevent the delaying of Plaintiff getting a hearing test so he could get a communication Plan. (13) Ms. Greene failure to help Plaintiff with his hearing disability resulting in deprivation of virtually all opportunity for activitys, constitutes deliberate indifference to Plaintiff Clarence Anderson serious medical needs, cruel and unusual Punishment in violation of the Eighth Amendment of the united states constitution. (14) Ms. willaims was the Program warden for western Illinois C.C and Plaintiff let her know of his hearing disability and him not having a communication Plan. (15) Ms. willaims Knew of the Pain Plaintiff was having, him not getting his seizures med's and she still did not intervene to Prevent the delaying of Plaintiff getting a hearing test so he could get a communication Plan. (16) Ms. willaims failure to help Plaintiff with his hearing disability resulting in deprivation of virtually all opportunity for activitys, constitutes deliberate indifference to Plaintiff Clarence Anderson serious medical needs, cruel and unusual Punishment in violation of the Eighth Amendment of the united states constitution. (17) Mr. David Taylor is a Audiologist that was under a contract/employed by western Illinois. (I.D.O.C.). (18) Mr. David Taylor came to western Illinois and gave Mr. Anderson a hearing test Knowing that it was going to be an ineffective test for Mr. Anderson because it was not going to be a Audiometric Booth or a TDH-49 Present at the facility. (19) By Mr. David Taylor not giving Plaintiff a reasonable standard hearing test or stop him from getting a communication Plan and putting him in a lot of Pain and this was intentionally

10

done by mr. David taylor resulting in deprivation of virtually all opportunity for activitys, constitutes deliberate indifference to Plaintiff Clarence Anderson serious medical needs, cruel and unusual Punishment in violation of the Eighth Amendment of the united States constitution. (50) Each Defendant is being sued in there individual capacity and there official capacity, and at all times mentioned in this complaint each Defendant acted under the color of state law.

**RELIEF REQUESTED**

(State what relief you want from the court.)

A. Award compensatory damages in the following amounts: 1). $120.000

11

jointly and severally against defendants Kathey Ashcraft, Zorian Trvsewych, Brittany Greene, and ms. williams for the physical and emotional injuries resulting from their Failure to provide adequate medical care to the plaintiff. 2). $15.000 jointly and severally against defendants ms. Clarkson, and David Taylor for the physical and emotional injuries resulting From their Failure to provide adequate medical care to the plaintiff. B). Award punitive damages in the Following amounts: 1). $30.000 each against defendants Kathey Ashcraft, Zorian Trvsewych, Brittany Greene, and ms. williams; 2). $15.000 each against defendants ms. Clarkson and David Taylor. C). Grant such other relief as it may appear that plaintiff is entitled.

JURY DEMAND          Yes ☑          No ☐

Signed this ___20___ day of __February_____ , 20_25_ .

_____

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Clarence G Anderson | K81559 |
| Address: Northern Reception Center 2002S Division St Crest Hill, IL 60403 | Telephone Number: N/A |

PAGe
# 12

CG 7177
IL 426-0362

## RESIDENT REQUEST

| ASSIGNMENT | | | | | DATE | |
|---|---|---|---|---|---|---|
| N/A | | | | | 7-21-22 | |

| RESIDENT | | RESIDENT NUMBER | CELL HOUSE | GALLERY | CELL |
|---|---|---|---|---|---|
| Clarence Anderson | | K81559 | 3 B | 2 | 53 |

I request an interview with MS Kathee Ashcraft /ADA to discuss the following:

I'm Deaf/Hard of Hearing. I Need a Communication Plan Thank you

RESIDENT SIGNATURE

Reason for interview must be complete and concise

PAGE #13

*Margin note:* Put in on 7-21-22 in #3 House B 53 on 3to11

 

OERCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 104

RUN DATE: 8/24/2022

RUN TIME: 7:42:17 PM

ILLINOIS DEPARTMENT OF CORRECTIONS – OTS

OFFENDER CALL PASS ISSUED

IDOC: K81559 ANDERSON,CLARENCE          Medium          A          None          WIL:WIL:03:B:53:L 1

PRIMARY: UNASSIGNED , PARTICIPANT-WIL710010009

DESTINATION: hcu                    DAY: 8/25/2022     AT: 10:45:00 AM

PASS TYPE: DOCTOR CALL LINE

COMMENTS: Mandatory

AUTHORIZED: Kylie Avery

CELL HOUSE SIGNATURE: _____          TIME: ___:___

DESTINATION SIGNATURE: _____          TIME: ___:___

EXIT SIGNATURE: _____          TIME: ___:___

RETURN SIGNATURE: _____          TIME: ___:___

Page #14

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 9-2-22 | Offender (please print): Clarence Anderson | ID #: K-81557 | Race (optional): don't know |
|---|---|---|---|
| Present Facility: Western Ilinois C.C | | Facility where grievance issue occurred: Western Ilinois C.C | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I've been in this correctional center (western Illinois) for like #4 month and I still have not had a communication Plan put together for me. I Put in #4 Requests form to MS. Kathy Ashcraft, I put in like #2 Requests form to the ADA Disability Accommodation and I talk to MS turner Face to face #2 time one on 3-B-53 8-18-22 to She came to my cell door and I still have not/do not have a communication Plan, or no one

[x] Continued on reverse

**Relief Requested:**

I need a communication Plan, a watch and headPhone

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Offender's Signature | K-81557 ID# | 9-2-22 Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Copy, 8 put in on 3-B-53 on 3 to 11 in Grievance bo box 9-2-22

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

This determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender        Page 1 of 2        DOC 0046 (Rev. 01/2020)

Page #15

**Assigned Grievance #/Institution:**

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

in This Facility is workin with me to develop a plan for my Deaf/Hard of Hearing Problem. I talk to the Nurse Practitioner ~~Mr.~~ Ms. Mullen on 8-3-22 ~~about~~ about the same and I ~~did~~ don't have a Plan. Becouse of My Deaf/Hard of hearing problem I've ben miss med's calls and This is putin me in a lot of pain. I ~~and~~ also been miss food calls. ~~I~~ No one comes to get me when it's time for meds or to eat and this could Problems for me ~~and put me in pain.~~

*Exhibit C 2of2*

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K81559 | **Counseling Date** | 09/06/22 12:33:39:333 |
| **Offender Name** | ANDERSON, CLARENCE | **Type** | Collateral |
| **Current Admit Date** | 01/27/2022 | **Method** | Grievance |
| **MSR Date** | 04/17/2023 | **Location** | WIL  ADMINISTRATION BUILDING |
| **HSE/GAL/CELL** | 03-B -53 | **Staff** | STINEBAKER, VALERIE A., Office Coordinator |

Grievance Office received grievance 22-3876, marked emergency, regarding ADA disability accommodations and has not had a communication plan this year and has sent several requests to Kathy Aschcraft, HCUA, dated 9/22/2022.

*have not got back*

*Page #16*

**Print Date**  9/6/2022

COPY

Clarence Anderson
K81559

Grievance #22-38,
1-26-23

On 9-2-22 a ADA Grievance was put in here at Western Illinois Correctional center, (Grievance #22-3876) this Grievance is about me and my hearing disability. It is now 1-26-23 and I have not received a response back for this Grievance so I would like for this Grievance to be moved to you, Administrative Review Board

Put in to Springfield
on 1-26-23

3-B-76

Page
#17

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## RESIDENT REQUEST

| ASSIGNMENT N/A | | | DATE 1-6-23 | | |
|---|---|---|---|---|---|
| RESIDENT Clarence Anderson | RESIDENT NUMBER K81559 | CELL HOUSE 3 | GALLERY 3 | | CELL 76 |

I request an interview with ___Grievance Officer___ to discuss the following

I have not got a Response back from Grievance 22-3876 can you let me know what's going on

RESIDENT SIGNATURE

Reason for interview must be complete and concise

put in on 1-6-23

Exhibit C 4 of 4

Page # 18.

DC 7177
IL 426-0362

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

## RESIDENT REQUEST

Copy

| ASSIGNMENT | | | DATE 1-6-23 | | |
|---|---|---|---|---|---|
| RESIDENT Clarence Anderson | RESIDENT NUMBER K31553 | CELL HOUSE 3 | GALLERY B | CELL 76 | |

I request an interview with _Henry, ms Ashcraft_ to discuss the following:

Can you let me know whats goin on wit my grievance grievance 22-3876

| | |
|---|---|
| Reason for interview must be complete and concise | RESIDENT SIGNATURE |

Page #9

STATE OF ILLINOIS

Put in
on
1-6-23
Exhibit

L 5 of

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Hearing Screening and Treatment Protocol

Facility: WICC

Date: 10-19-22

**Offender Information:**

Anderson _____ Clearence _____ K 81559
Last Name          First Name          MI    ID#

☐ RN Note    ☒ LPN/CMT Note

**Subjective:**

When did you start having difficulty hearing? __2012  GSW  Head__

Onset: ✗ Sudden  ○ Gradual    Is hearing loss in both ears or one side? ✗ Bilateral  ✓ Left ear  ✓ Right ear

Any previous hearing loss? ○ Yes ✓ No

If yes, When? What was the cause? What improved your hearing? __N/A__

Any recent trauma to the ear(s)? __GSW__

Any recent ear infection? Recent Illness? __∅__

Any dizziness? ✓ Yes ○ No    Any ringing in ears? ✓ Yes ○ No

Do you have any pain? Describe the pain: __∅__

Rate pain on a 1-10 scale: ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10    ○ Bilateral ○ Left Ear ○ Right Ear

Current medication(s)/allergies: __IBU Allergy__

Do you use any devices to improve your hearing? __∅__

**Objective:**

T: __97.3__  P: __69__  R: __20__  BP: __118/78__  WT: __248__  Pulse Oximeter Reading: __98__

Is there a hearing device present? ○ Yes ○ No

Are there any deformities of the ear(s)? __∅__

Is there any redness or swelling to the ear(s)? __∅__

Is there any drainage present? If so, describe: __∅__

Using the otoscope, is the tympanic membrane visible? If yes, describe: __N/A__

If no, why not? Is there blockage present?

Describe any blockage present: _____

☐ Left Ear    ☐ Right Ear

If no impaction, conduct hearing screening with Audiometer. Fill out Hearing Screening Log and below:

Left Ear:
500 HZ 40 db  ○ Yes ✓ No
1000 HZ 40 db  ○ Yes ✓ No
2000 HZ 40 db  ○ Yes ✓ No

Right Ear:
500 HZ 40 db  ✓ Yes ○ No
1000 HZ 40 db  ✓ Yes ○ No
2000 HZ 40 db  ✓ Yes ○ No

} muffed

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Hearing Screening and Treatment Protocol**

**Assessment:**

Potential Sensory Impairment: _____

**Plans:**

If cerumen impaction is present, follow Earache/Earwax Impaction Treatment Protocol and reschedule hearing screening after removal of impaction.

**Refer to MD/NP/PA if:**

- Hearing screening is positive (the patient is unable to hear at any of the following frequencies: 500, 1000, or 2000 HZ tones in one or both ears), refer to provider for a formal audiogram referral through the collegial review process.
- Any signs of acute infection or foreign body
- Temperature >100F, HR>100, BP>140/90
- Severe or localized pain
- Blood or drainage in ear canal
- Any sudden onset of acute hearing loss

**Patient Teaching:**

- Do not put anything in the ears
- Follow up with provider as scheduled
- Return to sick call if symptoms worsen or persist

Patient verbalizes understanding of education and instructions given.

Nurse Signature: _____

Payment Voucher: _____   ☐ N/A

*page #20*

11-29

**Wexford Health**
SOURCES INCORPORATED

## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:         HEALTHCARE UNIT
From:       Utilization Management
Date/Time:  11/02/2022 / 14:14:36

                Inmate Name:  CLARENCE ANDERSON
              Inmate Number:  K81559
              Date of Birth:  02/18/1982
                       Site:  WEST ILLINOIS
                    Service:  V5010-ASSESSMENT FOR HEARING AID
            Authorization No:  247071726
                    Service:  92557-COMPREHENSIVE HEARING TEST
            Authorization No:  247071726

Service is Authorized.

Comments:    11-02-2022 Request for Audiology eval Failed hearing test

---

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

Page    #21

Exhibit) (2)
/ of 4

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Western_ Center

Offender Information:

_Anderson_                _Clarence_                ID#: _K81559_
  Last Name                   First Name        Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/29/22 | Seen for hearing eval. Full report to follow | Unreliable results Rec. re-test (6 mos. -1yr) |
| | | _[signature]_ AuD. |

RECEIVED BY

NOV 3 0 2022

Western IL Corr. Center
Medical Records Dept.

M.D. Review:

Date:_____
Doctor:_____
☐ Pull Chart
☐ See Patient
☐ File

Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Page #22

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender Information:

_____          _____ ____  ID#: _____
Last Name                                 First Name      Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7.137)

Printed on Recycled Paper

Page 22

Exhibit (2)
2 oF 2

**Anderson, Clarence**
Male, 2/18/1982 (40 y.o.)

K81559 - Western
David Taylor, Au.D.

## Audiometry



| Right | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC |  | 25 | 20 |  | 25 |  | 30 |  | 20 |  | 15 |

| Left | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC |  | 80 | 95 |  | 110 |  | 110 |  | NR 120 | 100 | 85 |

1 ✗━ Air Conduction, AI=0%, PTA=105, HFA=108
2 ○━ Air Conduction, AI=79%, PTA=25, HFA=25

| AC | SRT | WR | WR, Aided | | MCL | UCL |
|---|---|---|---|---|---|---|
| Left |  |  |  | |  |  |
| Right | 45dB |  |  | |  |  |

| Audiometry Legend | Right | Left |
|---|---|---|
| Air Conduction | O | ✗ |
| Air Conduction, Masked | △ | ☐ |
| Bone Conduction | < | > |
| Bone Conduction, Masked | ⊏ | ⊐ |
| Sound Field | S | S |
| Sound Field, Aided | A | A |
| Comfortable Level | M | M |
| Uncomfortable Level | U | U |

Patient reported for hearing evaluation. Patient reports complaints of decreased hearing sensitivity since 2010 following a GSW to the face in which his left tympanic membrane ruptured. He indicates his son being diagnosed with hearing loss. Constant ringing tinnitus in the left ear. He indicates jaw problems on the left side, and facial nerve damage. He notes vertigo for a few seconds when turning his head either way. If he laughs it can trigger vertigo as well. Denies a history of ear infections and no ear surgeries.

Otoscopy revealed clear, unremarkable ear canals and tympanic membranes bilaterally.

Findings-

Page #23

3 of 3

MedRx          Anderson, Clarence                                      11/29/2022 3:06:38 PM      Page 2

Audiometric testing revealed functional hearing loss. PTA and SRT were in poor agreement, indicating poor test reliability. Crossover was not present where it would be expected (note unmasked AC thresholds).

Recommendations-
Recommended re-test at a later date.

David Taylor, Au.D.
IL License 147.001783

RECEIVED BY

NOV 3 0 2022

Western IL Corr. Center
Medical Records Dept.

M.D. Review:
Date _____ 22
Doctor _____
☐ Pull Chart
☐ See Patient
☐ File

Page #24

*Exhibits (E)*
*4 of 4*

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

WILCC
*(Facility)*

Offender's Name Anderson Clarence    ID# K81559

Reason for Referral: ☑ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☑ No

Referred to: Audiology

Rationale for Referral: failed audioscope

Clarkson APN                    Clarkson APN                    10/26/22
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: Vareliable results

Assessment: _____

Recommendations/Plans: Rec. re-test at later date (6 mos. - 1 yr)

David Taylor AuD    [signature] AuD    11/29/22
Print Practitioner's Name    Practitioner's Signature    Date

RECEIVED

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

NOV 3 0 2022

Western Unit Center
Medical Records Dept

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Zorian Trusevych, D.O FCCP
Internal Medicine / Neurology
Print Facility Medical **Medical Director's Name**, WCC    Facility Medical Director's Signature    30 Nov 22
                                                                                          Date

Page #25

Exhibit (F)
1 of 2

23-01906

ILLINOIS DEPARTMENT O - CORRECTIONS
Offender's Grievance

| Date 1-12-23 | Offender (please print) Clarence Anderson | ID #: K81559 | Race (optional) don't know |

Present Facility: western Illinois

Facility where grievance issue occurred: western Illinois

Nature of grievance:

☐ Personal Property  ☐ Mail Handling  ☒ Medical Treatment  ☒ ADA Disability Accommodation

☒ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☒ Other (specify): Ms Muller, Ms Turney, and Ms Asheraft

☐ Disciplinary Report

_____ Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a hearing disability and I been having this physical disability since 2010 that came from me getting shot in my face leaving me Deaf in my left ear, hard of hearing in my right ear also leaving the left side of my face paralize, on november 29 2022 I went on a pass to health care not knowing I was goin for a hearing test. when I went in to the back room I let the nurse know that I just took a hearing test in this room on october 19, 2022 so why am I taking another one here? I should be going to

☒ Continued on reverse

Relief Requested:

to stop discrimination against my disabilities and gave me a communication plan

✓ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Check if this is NOT an emergency grievance.

_____ Offender's Signature  K81559 ID#  1-12-23 Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)  Date Received: _____  ☐ Send directly to Grievance Officer

Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____ Print Counselor's Name  _____ Sign Counselor's Name  _____ Title

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance

EMERGENCY REVIEW  Date Received: JAN 13 2023

Is this determined to be of an emergency nature?

☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature  Page 1 of 2

G.O

1/17/23
Date

Page #26

PQSP  #26

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

a facility to see a Audiologist so I can get some hearing aids. He then said, " I'm from a out side agency, you will not be getting hearing aids but you will be getting another hearing test in in #6 months after this one". This did not make since at all and after taking the hearing test he said I don't have a hearing problem and I ask is he a Audiologist and I get no response/answer back. When I was in N.R.C I had a hard of hearing sign on the back of my I.D (Identification card) and when I get transfer here I had that same sign on my I.D. That hard of hearing Sign been on my I.D. Since 2020 when I was in Dixon Correctional Center where I get my hearing aids from. (I also had hearing aids in 2014 in I.D.O.C on December 8, 2022 I got a pass for December 9, 2022 for B of I, when I got there the B.O.F I Staff (A male staff) ask for my I.D and said that I'm getting a new one with out the hard of hearing on it and then he went on to say that a MS Ashcraft told him to tell me that I will get another hearing test in #6 months. Now the way the nurse talked to me on the day (November 29 2022) I take that hearing test it was like he had his mind made up befor I came in that i am and MS. Ashcraft know my out date (I won't be here in 6 months) and she also know I'm A.D.A So why I can't get help? it's in my medical records I'm A.D.A. When I came into western Illinois Correctional center and got the opportunity to talk to a Nurse I let her know that I'm hard of hearing and I got No help. On August 3, 2022 I got the opportunity to see the Nurse Practitioner ms. Muller and I let her know of my hearing problem and I got no help from her. I talk to ms. turney #3 times, one time was on August 18, 2022 when she came to 3-B, on This day again I let her know of my problems (hearing problems, missing mad calls, missing food calls, missing out on day room time and not hearing my TV good) but got no help from her on October 5, 2022 ms. Ashcraft came on 3-B and like ms. turney she talk to me at the cell door and from that talk I got two hearing test at this facility in one of the health care room and the hard of hearing taking off my I.D. I'm at risk by not getting help and ms. Muller, ms. Turney, and ms. Ashcraft has deliberately denied me medical help causing me pain and discomfort by not giving me a communication plan and taking that hard of hearing off my I.D

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 01/19/2023    Date of Review: 02/16/2023    Grievance # (optional): 23-0190E
Offender: Anderson, Clarence                              ID#: K81559

**Nature of Grievance:**

Individual in custody is grieving ADA accommodations

**Facts Reviewed:**

Emergency Grievance: Individual in custody, Anderson, is grieving that he was shot in the face years ago and has affected his hearing. Individual states that on 11/29/22, he went to the HCU for a hearing test. Individual states that he told the nurse he had just taken a hearing test in the same room on 10/19/22. Individual states that he should have went to an outside facility to seen an Audiologist to get hearing aids. Individual states that the person giving the test told him that he was from an outside agency and that he was not getting hearing aids and would take another hearing test in 6 months. Individual is requesting the discrimination stop and given him a communication plan.

+ADA COORDINATOR
HCUA, Mrs. Ashcraft stated that she has to go by the orders of the Audiologist that saw this individual on 11/29/22. The Audiologist stated that the testing was variable and to retest individual at a later date (6 months to a year). There is no discrimination taking place.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the individual in custody grievance be moot.

Eric Wohlfeil
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|

Date Received: 2/16/23    ☑ concur    ☐ I do not concur    ☐ Remand

Action Taken:

Chief Administrative Officer's Signature                              2/23/23
                                                                      Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

page 27

Distribution:  Master File; Offender                Page 1                DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

page 27

Clarence Anderson #K81559
3-7-23

<u>Appealing Grievace #23-0190</u>

How is this not discrimination against me when I let the staff nurse practitioner, ADA adminstration, Ashcraft, Turney and Green) here at western Illinois C.C. Know that im Deaf in my left ear and hard of hearing in my right ear and that I have had hearing aids. I let mrs. Ashcraft, mrs Turney and mrs Green Know that my hearing aids is at home an <del>and</del> ask if I could get them mailed in and they said no. I <del>ask</del> ask all them for a Communication plan so i can get a wristwatch so i can know when its time to eat, get my meds, come out for dayroom so i can get on the Phone, This Communication plan would have also got me some head Phone So I Could hear This TV I payed $288.00 for and when I do get on the dayroom Phone I can't hear my Father, Mother, Child, Sister, brother or Friends good at all. How is this not discrimination? the ADA administration have the power to look at my past medical records and if they would have done that they would have seen that i had hearing aid befor, (I got them from I.D.O.C Dixon C.C. 2019 or 2020) and That I need them, when the Audiologist came to western Illinois C.C. to give me the hearing examination he should have been prepared. he was not, he did not have the right device that will see my hearing problem and he knows that and that is why should have went to a Audiologist Facility So I would have got the right test done. western Illinois C.C. dones not have a examination room for the Deaf/ard of hearing. I am getting discrimination against by the above, This Adminstration here had Befor I took the hearing test had Predetermine they will not give me a wristwatch, head Phone or hearing aid. They have been cruel and unjust to me and a lot of Deaf resident here. page 28
3-7-23

Exhibit (G)

2 of 2

| | | | |
|---|---|---|---|
| Inmate Id: | K81559 | Ret Form Ind: | ▼ |
| Name: | ANDERSON, CLARENCE | Modify Ind: | ▼ |
| Chair Code: | BRDU ▼ | Deny Ind: | ▼ |
| Grv Type: | L ▼ | Favorable Ind: | ▼ |
| Grv Code: | ADA ▼ | Deferred Ind: | ▼ |
| Receive Date: | 03/14/2023 | Moot Ind: | ▼ |
| Hearing Date: | 00/00/0000 | Grievance Number: | 23-0190E |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | WESTERN ILLINOIS CC ▼ | Incident Date: | 00/00/0000 |
| Hearing Loc: | WESTERN ILLINOIS CC ▼ | Incident Inst: | ▼ |
| | | Date Receipted: | 03/15/2023 |

Comments: EGRV# 23-0190E & GRV DTD 1/12/23 GRVS HEARING TEST GIVEN ON 11/29/22.  GRVS JUST HAD HEARING TEST ON 10/19/22.  CLAIMS ON 11/29/22 WAS TOLD TAKING AWAY HARD OF HEARING BADGE, AND TOLD COULD HEAR JUST FINE.  CLAIMS REFUSING NOW TO GIVE ANDERSON HEARING AIDS.  CLAIMS PERSON DOING TEST NOT AUDIOLOGIST.

page # 29

Exhibit #1

Copy
8-2-23
in Div 6 2C
mailed to Springfield on
8-24-23

My Name is Clarence Anderson ID # K81559 and I put in two appeal grievace (Grievace #23-0190E and Grievace #22-3876) at I.D.O.C western Illinois,C.C. Grierace #23-0190E put in mail box on approx 3-9-23 and Grievace #22-3876 is a Grievace that I did not get back from western Illinois grievace administrative officer. So I put a letter in to you (The Administrative Board)on, approx 1-26-23. will you please send the two grievace here to me at —

Clarence Anderson
#20211224/050
2700 S. California Ave
Chicago IL 60608

Think you !!!

Page #30

Exhibit
(4) (I)

-Affidavit-

I Marcus Craig #M.01293, is a Witness & Victim of Tardy, Delay & absence in Health Care, when it comes to A.D.A & Hearing Disabilty assistance. I came to Western C.C in June of 22. I did sign a Deaf & Hard of Hearing Communication plan in November of 22. I recived a pager watch that same month, I recived Ci:20 Headphones December of 22. I never recived a Vibrating watch, Hearing Aids, Deaf & H.O.H Sign on my door or cell. Due To Health Care & the ada Cordinator's Tardiness, I have missed numerous chows (Breakfast, lunch & Dinner) Call passes, Gym, yard & Commisary. I see no sign of Relief, This My Testimony.

Your Truely
MC
3.5.23

Subscribed + Sworn
March 8, 2023

S. GREGORY
OFFICIAL SEAL
ary Public - State of Illinois
mission Expires Jul 15, 202

Page #31

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K81559 | **Counseling Date** | 02/21/25 13:11:41:077 |
| **Offender Name** | ANDERSON, CLARENCE | **Type** | Personal |
| **Current Admit Date** | 11/12/2024 | **Method** | Face To Face |
| **MSR Date** | 01/15/2031 | **Location** | STA LIBRARY |
| **HSE/GAL/CELL** | RJ-01-04 | **Staff** | DUNMORE, MEGHAN, Corrections Law Library Assistant |

This is not a counseling, this is a Refusal of Service. K81559 ANDERSON, CLARENCE was refused services today when requesting a Law Clerk to assist with legal advice and non-procedural advice.

4 of 4

page 37

**Print Date  2/21/2025**